IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUNIR ALZEAR<br><br>    Plaintiff,<br><br>v.<br><br>YORK FREIGHT, INC., SENTRY SELECT INSURANCE COMPANY, CHAD EDWIN GRIFFIN, DOE CORPORATION NO.'s 1-5 AND JOHN DOES NO.'s 1-5,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: |

## **DEFENDANTS' NOTICE OF REMOVAL**

COME NOW, Defendants YORK FREIGHT, INC., SENTRY SELECT INSURANCE COMPANY, and CHAD EDWIN GRIFFIN (collectively referred to as "Defendants"), by and through the undersigned—without waiving any defenses as to personal jurisdiction, venue, process, or service of process—file this Notice of Removal, respectfully showing the Court as follows:

1.

Plaintiff MUNIR ALZEAR ("Plaintiff") filed this personal injury action arising from a motor vehicle accident against Defendants in the State Court of

M0637060.1 14917

Gwinnett County, State of Georgia, Civil Action File No. 20-C-04662-S2.  A copy of the Complaint and process served upon Defendants are attached hereto as Exhibit "A".

## Complete Diversity Jurisdiction Exists

2.

At the time of the filing of the Complaint, as alleged in the Complaint, Plaintiff was a citizen of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant Chad Edwin Griffin ("Griffin") was, and currently is, a citizen of the State of South Carolina.  Upon information and belief, Griffin has not yet been served with a copy of the Complaint.

4.

At the time of the filing of the Complaint, Defendant York Freight, Inc. ("York Freight") was, and currently is, a corporation organized under the laws of the State of South Carolina with its principal place of business located at 3279 Chester Highway, York, South Carolina 29745.  York Freight was served with the Complaint on August 3, 2020.

5.

At the time of the filing of the Complaint, Defendant Sentry Select Insurance Company was, and currently is, a corporation organized under the laws of the State of Wisconsin with its principal place of business located at 1800 North Point Drive, Stevens Point, WI 54481.  Sentry Select Insurance Company was served with the Complaint on July 31, 2020.

6.

A corporation is deemed to be a citizen of both the state of its incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332(c); *see Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010) (defining corporation's principal place of business as "place where a corporation's officers direct, control, and coordinate the corporation's activities").

7.

Therefore, complete diversity of citizenship exists between Plaintiff and Defendants for purposes of 28 U.S.C. § 1332 (c)(1).

**The Amount in Controversy Exceeds $75,000.00**

8.

Upon information and belief, Plaintiff seeks judgment against Defendants for sums in excess of $75,000.00, exclusive of interest and costs.  Prior to this lawsuit being filed, Plaintiff claimed incurred medical expenses of $158,806.14 while

asserting that substantial future medical bills would be incurred in addition to pain and suffering, lost wages, property damages, and punitive damages. *See* Affidavit of Scott W. McMickle attached hereto as Exhibit "B". In the Complaint, Plaintiff seeks recover for said expenses, losses, and damages. *See* Compl. at ¶ 75.

## **Removal is Timely**

9.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days of Sentry Select Insurance Company being served on July 31, 2020. *See* FED. R. CIV. P. 6(a)(1)(C). This Notice of Removal is also timely because it is filed within thirty (30) days after receipt by Defendants of a copy of the initial pleading setting forth the claim upon which this action is based. 28 U.S.C. § 1446 (b). The parties being fully diverse, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(1).

## **Venue is Proper in the Northern District**

10.

The United States District Court for the Northern District of Georgia is the proper venue for removal under 28 U.S.C. § 1441(a) because the Northern District, Atlanta Division, encompasses Gwinnett County. *See* 28 U.S.C. § 90(a)(2).

## **The Unanimity Requirement is Met Here**

11.

The Supreme Court has construed the removal statutes to require all defendants in a case to consent to removal, thus creating the so-called "unanimity requirement." *See Russell Corp. v. Am. Home Assurance Co.*, 264 F.3d 1040, 1050 (11th Cir. 2001) (*citing Chicago, Rock Island, & Pac. Ry. Co. v. Martin*, 178 U.S. 245, 247-48 (1900)). Sentry, Griffin, and York Freight are all represented by the undersigned counsel and consent to removal. Accordingly, the unanimity requirement is met here.

## **Removal is Proper**

12.

No previous application for the relief sought herein has been made to this or any other Court.

13.

Good and sufficient defenses to Plaintiff's claims exist.

14.

Now, within thirty (30) days after service on Sentry Select Insurance Company, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this

Court.

15.

Sentry Select Insurance Company has given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the State Court of Gwinnett County. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "C".

WHEREFORE, it is hereby requested that this Court grant the removal of this case to the United States District Court for the Northern District of Georgia, in which district this suit is pending.

Respectfully submitted this 20th day of August, 2020.

                                              McMICKLE, KUREY & BRANCH, LLP

                                              BY: */s/ Scott W. McMickle*
                                              SCOTT W. MCMICKLE
                                              Georgia Bar No. 497779
                                              V. MORGAN CARROLL
                                              Georgia Bar No. 157092
                                              TANIA J. MOORE
                                              Georgia Bar No. 556596
                                              For the Firm
                                              ***Attorneys for Defendants***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: swm@mkblawfirm.com
       mcarroll@mkblawfirm.com
       tmoore@mkblawfirm.com

M0637060.1 14917

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing DEFENDANTS' NOTICE OF REMOVAL by depositing same in the United States Mail in a properly-addressed envelope with adequate postage thereon to:

Eric L. Jensen, Esq.
Steve A. Miller, Esq.
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G, Suite 201
Atlanta, Georgia 30328

This 20th day of August, 2020.

>   */s/ Scott W. McMickle*
>   SCOTT W. MCMICKLE
>   For the Firm